TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
BRYAN A. KOHM (CSB No. 233276)
bkohm@fenwick.com
ARMEN N. NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

Attorneys for Plaintiff BOLT THREADS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOLT THREADS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ECOVATIVE DESIGN LLC,<br><br>　　　　　Defendant. | Case No.: 3:19-cv-1046<br><br>**PLAINTIFF BOLT THREADS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**DEMAND FOR JURY TRIAL** |

　　　　Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Bolt Threads, Inc. hereby notifies this Court that it has no parent corporation and no publicly-held company owns ten percent or more of its stock. Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  February 25, 2019　　　　　　　　　FENWICK & WEST LLP

　　　　　　　　　　　　　　　　　　　　　/s/Tyler G. Newby
　　　　　　　　　　　　　　　　　　　　　Tyler G. Newby

　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff BOLT THREADS, INC.