BRUCE E. COPELAND, State Bar No. 124888
bcopeland@nixonpeabody.com
STACY M. BOVEN, State Bar No. 298734
sboven@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Tel: 415-984-8200
Fax: 415-984-8300

Attorneys for Defendants
ECOVATIVE DESIGN LLC

*IT IS SO ORDERED*
Judge Yvonne Gonzalez Rogers
3/26/19

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOLT THREADS, INC.,<br><br>                    Plaintiffs,<br><br>vs.<br><br>ECOVATIVE DESIGN LLC,<br><br>                    Defendants. | Case No. 3:19-cv-01046<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>Action Filed: July 26, 2018<br>Trial Date: None Set |

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties to this proceeding as follows:

WHEREAS, Plaintiff Bolt Threads, Inc. ("Bolt") field suit against Defendant Ecovative Design LLC ("Ecovative") on July 26, 2019, for Breach of Contract and Declaratory Relief (the "Complaint");

WHEREAS, Bolt and Ecovative have agreed to extend Ecovative's time to answer or otherwise respond to the Complaint, while expressly reserving the rights of both parties on all issues, including but not limited to, personal jurisdiction and subject matter jurisdiction;

WHEREAS, Ecovative intends to bring a motion to dismiss for lack of subject matter jurisdiction, in addition to other possible challenges to the Complaint;

THEREFORE, THE PARTIES, THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, STIPULATE AS FOLLOWS:

Pursuant to Rule 6-1(a) of the Civil Local Rules of this Court, Bolt and Ecovative, by and through their respective attorneys of record, hereby stipulate that the time for Ecovative to answer or otherwise respond to Bolt's Complaint for Breach of Contract and Declaratory Relief shall be extended to and including April 22, 2019.

DATED: March 21, 2019   NIXON PEABODY LLP

By: */s/ Bruce E. Copeland*
BRUCE E. COPELAND
STACY M. BOVEN
Attorneys for Defendant
ECOVATIVE DESIGN LLC

DATED: March 21, 2019   FENWICK AND WEST LLP

By: */s/ Tyler Griffin Newby*
TYLER GRIFFIN NEWBY
BRYAN A. KOHM
ARMEN NERCESS NERCESSIAN
Attorneys for Plaintiff
BOLT THREADS, INC.

**LOCAL RULE 5-1(I)(3) ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from attorney Tyler Griffin Newby.

DATED: March 21, 2019   NIXON PEABODY LLP

By: */s/ Bruce E. Copeland*
BRUCE E. COPELAND
Attorneys for Defendant
ECOVATIVE DESIGN LLC