| | |
|---|---|
| 1 | TYLER G. NEWBY (CSB No. 205790) |
| | tnewby@fenwick.com |
| 2 | BRYAN A. KOHM (CSB No. 233276) |
| | bkohm@fenwick.com |
| 3 | ARMEN N. NERCESSIAN (CSB No. 284906) |
| | anercessian@fenwick.com |
| 4 | FENWICK & WEST LLP |
| | 555 California Street, 12th Floor |
| 5 | San Francisco, CA 94104 |
| | Telephone: 415.875.2300 |
| 6 | Facsimile: 415.281.1350 |



IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
4/23/2019

Attorneys for Plaintiff BOLT THREADS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

BOLT THREADS, INC.,

        Plaintiff,

v.

ECOVATIVE DESIGN LLC,

        Defendant.

Case No.: 4:19-cv-1046-YGR

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**NOTICE IS HEREBY GIVEN** that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff Bolt Threads, Inc. voluntarily dismisses without prejudice the above-entitled action against Defendant Ecovative Design LLC. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or other responsive pleading.

Dated: April 17, 2019

FENWICK & WEST LLP

*/s/Tyler G. Newby*
        Tyler G. Newby

Attorneys for Plaintiff Bolt Threads, Inc.